IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| WILLIAM W. JAMES, *et al.*, | : |
| Plaintiffs, | : Case No. C-1-01-497 |
| vs. | : JUDGE BECKWITH |
| PAUL HERRELL, *et al.*, | : MAGISTRATE JUDGE HOGAN |
| Defendants. | : **(Class Action)** |

## STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(ii), it is hereby stipulated that the above-referenced action be dismissed, with prejudice.

SO STIPULATED:

/S/ Richard B. Myers
Richard B. Meyers
Meyers & Neville, LLC
Fourth Street
P.O. Box 638
Chesapeake, Ohio 45619
Attorney for Receiver Robert G. Payne

/S/ John S. Marshall
John S. Marshall (0015160)
MARSHALL AND MORROW LLC
111 West Rich Street, Suite 430
Columbus, Ohio 43215
(614) 463-9790
Trial Attorney for Plaintiff

/S/ Randall L. Lambert
Randall L. Lambert
Lambert, McWhorter, Bowling & Shope
215 South Fourth Street
P.O. Box 725
Ironton, Ohio 45638
Attorney for Defendant Lawrence County Commissioners

/S/ Daniel N. Abraham
Daniel N. Abraham
Colley Shroyer & Abraham Co., L.P.A.
536 South High Street
Columbus, Ohio 43215
Attorney for Plaintiff

/S/ Charles Cooper
Charles Cooper
407 Center Street
Ironton, Ohio 45638
Attorney for Defendant River Valley Health System dba Lawrence County General Hospital